UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA ROSS,

        Plaintiff,

v.                          Case No.

VACATION RENTAL PROS PROPERTY
MANAGEMENT LLC, a limited liability
company; STEPHEN E. MILO, an
Individual; and KYUNG BISHOP MILO, an
Individual,

        Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ANGELA ROSS (hereafter "Plaintiff"), hereby sues Defendants, VACATION RENTAL PROS PROPERTY MANAGEMENT LLC, a limited liability company ("Defendant LLC"); and STEPHEN E. MILO, an Individual ("Defendant STEPHEN MILO"); and KYUNG BISHOP MILO, an Individual ("Defendant "KYUNG MILO") and alleges:

## NATURE OF ACTION

1. This action is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. ("FLSA") to redress Defendant's failure to compensate Plaintiff for overtime work and for retaliatory discharge for making complaints concerning failure to pay overtime.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action under 28 U.S.C. §

1331.

3. Defendants' unlawful conduct under the FLSA was committed within the jurisdiction of the Tampa Division of the United States District Court for the Middle District of Florida.

4. Defendant LLC conducts business in the Middle District of Florida as a property management and/or vacation sales enterprise. Defendant LLC is an enterprise engaged in commerce under the FLSA and has annual revenues greater than $500,000 per year.

5. Defendant Stephen Milo is President and CEO of Defendant LLC.

6. Defendant Kyung Milo is a Vice-President of Defendant LLC.

7. Defendants Stephen and Kyung Milo are employers as defined by the FLSA and directly participated in the denial of overtime compensation and retaliatory discharge.

8. Prior to June 13, 2016, Plaintiff worked for Waterfront Vacation Rentals, Inc. ("WVR").

9. On or about June 1, 2016, Defendant LLC purchased WVR.

10. Defendant LLC was Plaintiffs' employer beginning June 13, 2016.

11. Plaintiff was no longer employed by WVR as of June 13, 2016.

12. Plaintiff was paid at an hourly rate of $17.88 per hour during her employment with Defendants.

13. During the week of June 13-18, 2016, Plaintiff worked a total of 43.00 hours for Defendant LLC and prepared and submitted a time sheet reflecting her hours of work.

14. Defendants exclusively supervised Plaintiff and controlled the terms of Plaintiff's employment for the workweek beginning June 13, 2016.

15. On June 20, 2016, after receiving Plaintiff's time sheet, Defendants falsely claimed it did not employ Plaintiff before June 16, 2016 even though Plaintiff's work beginning June 13, 2016 was on behalf of and for the exclusive benefit of Defendant LLC.

16. Defendants' claim that it did not employ Plaintiff was a ruse to attempt to avoid overtime liability. (See attached emails).

17. Plaintiff then objected to Defendant LLC's refusal to pay Plaintiff for her overtime hours.

18. Plaintiff was terminated from employment on June 20, 2016-- the same day she objected to Defendants' refusal to pay overtime.

19. The FLSA provides:

> [N]o employer shall employ any of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty hours unless such employee receives compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed.

29 U.S.C. § 207(a)(1). Under the FLSA, an "employer" is "any person acting directly or indirectly in the interest of an employer in relation to an employee...." 29 U.S.C. § 203(d).

## COUNT I: OVERTIME VIOLATIONS UNDER FLSA

20. Plaintiff restates the allegations contained in paragraphs 1 through 19.

21. Defendants violated the FLSA by failing to pay Plaintiff one and one-half times her hourly rate for hours worked in excess of 40 for the workweek of June 13-18, 2016.

22. Plaintiff occupied a non-exempt position with Defendants.

23. Plaintiff has been damaged by the foregoing conduct of Defendants.

WHEREFORE, Plaintiff requests this Honorable Court to:

    A. Order Defendant pay an award of back pay and liquidated damages to Plaintiff;

    B. Order Defendants to pay prejudgment interest on all sums due Plaintiff;

    C. Order Defendants to pay an award of attorney's fees and costs; and such further relief as the Court deems just, necessary, and proper.

## COUNT II: RETALIATORY DISCHARGE UNDER FLSA

24. Plaintiff restates the allegations contained in paragraphs 1 through 19.

25. Defendants terminated Plaintiff for objecting in good faith to its stated unwillingness to pay overtime based on its bogus argument that Plaintiff did not work 43 hours for Defendants during her first and only workweek.

26. Plaintiff has been damaged by the foregoing conduct of Defendant.

WHEREFORE, Plaintiff requests this Honorable Court to:

    A. Order Defendants pay an award of back pay and liquidated damages to Plaintiff;

    B. Order Defendants to pay prejudgment interest on all sums due Plaintiff;

    C. Order Defendants to pay an award of attorney's fees and costs; and such further relief as the Court deems just, necessary, and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands trial by jury as to all issues so triable.

Respectfully submitted,

/s/ Craig L. Berman
Craig L. Berman, Esquire
Fla. Bar No. 068977
Plaza Tower
111 Second Avenue N.E.
Suite 706
St. Petersburg, FL 33701
(727) 550-8989
(727) 894-6251
craig@bermanlawpa.com

**TRIAL COUNSEL FOR PLAINTIFF**

From: rentals@wvrinc.com <rentals@wvrinc.com>
Sent: Tuesday, June 21, 2016 10:26 AM
To: angie ross
Subject: FW: #1

-----Original Message-----
From: rentals@wvrinc.com
Sent: Monday, June 20, 2016 12:47pm
To: "angie ross" <angieross2121@hotmail.com>
Subject: FW: #1

Are they all in the main in-box? you can answer to my cell phone # Paula

---------- Forwarded message ----------
From: Kyung Bishop Milo <kyungbishop@gmail.com>
To: <rentals@wvrinc.com>
Cc:
Date: Mon, 20 Jun 2016 11:34:39 -0400
Subject: Re: angie ross time sheet
Who is this?

Is this Angie?

On Mon, Jun 20, 2016 at 11:11 AM, <rentals@wvrinc.com> wrote:
Kyung,

How do we go about over over time for the week?

-----Original Message-----
From: "Kyung Bishop Milo" <kyungbishop@gmail.com>
Sent: Monday, June 20, 2016 11:06am
To: rentals@wvrinc.com
Cc: vropnda@yahoo.com, "Steve Milo" <stevemilo2@gmail.com>, "Christine Voegeli" <christine@vrpros.emailcenterpro.com>
Subject: Re: angie ross time sheet

# Re: angie ross time sheet

From: Kyung Bishop Milo
Sent: Mon, Jun 20, 2016 at 11:06 am
To: rentals@wvrinc.com
Cc: vropnda@yahoo.com, Steve Milo, Christine Voegeli

Angie,

I do not believe I told you that multiple times.

The company we purchases effective June 1st. And the fund reimbursement to owner is between previous owner and us.

Main thing is you already paid what you worked and I have to file IRS accordingly.

I do not want to have conversation about this further.

On Mon, Jun 20, 2016 at 10:59 AM, <rentals@wvrinc.com> wrote:
> Kyung,
>
> You told us multiple times we were getting paid starting Monday and that it is like an added bonus. Vronda told us the same thing. We trusted you when you told us that, guess we should have gotten that in writing. I have called the labor board and am waiting for a response, we are employees of your company as of Monday morning June 13th 2016.
>
> Warm Regards,
> Angie
>
> Angie Ross
> Waterfront Vacation Rentals Inc.
> web site: http://www.Waterfront-Vacation-Rentals.com
> email: rentals@WVRinc.com
> facebook: https://www.facebook.com/WVRinc
> Local Phone: 727-398-7368
> Toll Free: 1-866-547-7368
>
>
> ——Original Message——
> From: "Kyung Bishop Milo" <kyungbishop@gmail.com>
> Sent: Monday, June 20, 2016 10:50am
> To: rentals@wvrinc.com, "Christine Voegeli" <christine@vrpros.emailcenterpro.com>
> Subject: Re: angie ross time sheet
>
> Angie,
> Steve and I have to pay Vronda what ever she paid.
> She paid you till 15th so we will pay you from 16th.
>
> On Mon, Jun 20, 2016 at 10:41 AM, <rentals@wvrinc.com> wrote:
>> Kyung,
>>
>> We were told by you a few different time on Monday June 13th when you took over the company that we were to start writing our hours down and you would be paying us from Monday on. With that being said are we being paid from you for Monday on? I hope to hear from you as soon as possible.
>>
>>
>> Warm Regards,
>> Angie
>>
>> Angie Ross
>> Waterfront Vacation Rentals Inc.
>> web site: http://www.Waterfront-Vacation-Rentals.com

email: rentals@WVRinc.com
facebook: https://www.facebook.com/WVRinc
Local Phone: 727-398-7368
Toll Free: 1-866-547-7368


———Original Message———
From: "Kyung Bishop Milo" <kyungbishop@gmail.com>
Sent: Saturday, June 18, 2016 4:20pm
To: rentals@wvrinc.com, "Christine Nava" <christine@vrpros.emailcenterpro.com>
Subject: Re: angie ross time sheet

Hi Angie,
I need to let you know that
All time sheet must approved by Christine and she need to send me with her signature.

On Sat, Jun 18, 2016 at 4:05 PM, <rentals@wvrinc.com> wrote:
Attached is time sheet for Angie Ross for 6-13-6-18


Warm Regards,
Angie

Angie Ross
Waterfront Vacation Rentals Inc.
web site: http://www.Waterfront-Vacation-Rentals.com
email: rentals@WVRinc.com
facebook: https://www.facebook.com/WVRinc
Local Phone: 727-398-7368
Toll Free: 1-866-547-7368


--
Thank you,

Kyung Bishop Milo
Vice President of Sales and Property Management

Vacation Rental Pros Property Management, LLC | 200 Executive Way, Ponte Vedra, FL 32082 |
Operating under Florida Statute 509
904-477-4387 | Fax: 866-633-0722 | kyungbishop@gmail.com



Warm Regards,
Angie

Angie Ross
Waterfront Vacation Rentals Inc.
web site: http://www.Waterfront-Vacation-Rentals.com
email: rentals@WVRinc.com
facebook: https://www.facebook.com/WVRinc
Local Phone: 727-398-7368
Toll Free: 1-866-547-7368


--
Thank you,

Kyung Bishop Milo
Vice President of Sales and Property Management

Vacation Rental Pros Property Management, LLC | 200 Executive Way, Ponte Vedra, FL 32082 | Operating under Florida Statute 509
904-477-4387 | Fax: 866-633-0722 | kyungbishop@gmail.com

--
Thank you,

Kyung Bishop Milo
Vice President of Sales and Property Management

Vacation Rental Pros Property Management, LLC | 200 Executive Way, Ponte Vedra, FL 32082 | Operating under Florida Statute 509
904-477-4387 | Fax: 866-633-0722 | kyungbishop@gmail.com

Sent: Tuesday, June 21, 2016 10:26 AM
To: angie ross
Subject: FW: #1

-----Original Message-----
From: rentals@wvrinc.com
Sent: Monday, June 20, 2016 12:47pm
To: "angie ross" <angieross2121@hotmail.com>
Subject: FW: #1

Are they all in the main In-box? you can answer to my cell phone # Paula

---------- Forwarded message ----------
From: Kyung Bishop Milo <kyungbishop@gmail.com>
To: <rentals@wvrinc.com>
Cc:
Date: Mon, 20 Jun 2016 11:34:39 -0400
Subject: Re: angie ross time sheet

Who is this?

Is this Angie?

On Mon, Jun 20, 2016 at 11:11 AM, <rentals@wvrinc.com> wrote:
Kyung,

How do we go about over over time for the week?

-----Original Message-----
From: "Kyung Bishop Milo" <kyungbishop@gmail.com>
Sent: Monday, June 20, 2016 11:06am
To: rentals@wvrinc.com
Cc: vropnda@yahoo.com, "Steve Milo" <stevemilo2@gmail.com>, "Christine Voegeli" <christine@vrpros.emailcenterpro.com>
Subject: Re: angie ross time sheet

Angie,
I do not believe I told you that multiple times.
The company we purchases effective June 1st. And the fund reimbursement to owner is between previous owner and us.
Main thing is you already paid what you worked and I have to file IRS accordingly.
I do not want to have conversation about this further.

On Mon, Jun 20, 2016 at 10:59 AM, <rentals@wvrinc.com> wrote:
> Kyung,
>
> You told us multiple times we were getting paid starting Monday and that it is like an added bonus. Vronda told us the same thing. We trusted you when you told us that, guess we should have gotten that in writing. I have called the labor board and am waiting for a response, we are employees of your company as of Monday morning June 13th 2016.
>
> Warm Regards,
> Angie
>
> Angie Ross
> Waterfront Vacation Rentals Inc.
> web site: http://www.Waterfront-Vacation-Rentals.com
> email: rentals@WVRinc.com
> facebook: https://www.facebook.com/WVRInc
> Local Phone: 727-398-7368
> Toll Free: 1-866-547-7368
>
>
> -----Original Message-----
> From: "Kyung Bishop Milo" <kyungbishop@gmail.com>
> Sent: Monday, June 20, 2016 10:50am
> To: rentals@wvrinc.com, "Christine Voegeli" <christine@vrpros.emailcenterpro.com>
> Subject: Re: angie ross time sheet
>
> Angie,
> Steve and I have to pay Vronda what ever she paid.
> She paid you till 15th so we will pay you from 16th.
>
> On Mon, Jun 20, 2016 at 10:41 AM, <rentals@wvrinc.com> wrote:
>> Kyung,
>>
>> We were told by you a few different time on Monday June 13th when you took over the company that we were to start writing our hours down and you would be paying us from Monday on. With that being said are we being paid from you for Monday on? I hope to hear from you as soon as possible.
>>
>> Warm Regards,
>> Angie
>>
>> Angie Ross
>> Waterfront Vacation Rentals Inc.
>> web site: http://www.Waterfront-Vacation-Rentals.com
>> email: rentals@WVRinc.com
>> facebook: https://www.facebook.com/WVRInc
>> Local Phone: 727-398-7368
>> Toll Free: 1-866-547-7368
>>
>>
>> -----Original Message-----
>> From: "Kyung Bishop Milo" <kyungbishop@gmail.com>
>> Sent: Saturday, June 18, 2016 4:20pm
>> To: rentals@wvrinc.com, "Christine Nava" <christine@vrpros.emailcenterpro.com>
>> Subject: Re: angie ross time sheet